IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LAS CRUCES PUBLIC SCHOOLS,

    Plaintiff,

v.                                                                                                         No. 22-cv-0219 GBW/SMV

REBECCA MARTOS and
CARLOS MARTOS,

    Defendants.

### ORDER STAYING PROCEEDINGS

This matter comes before me upon the parties' oral motion to stay the case for ninety days to allow for a court-ordered settlement conference. I find that the oral motion is well taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that these proceedings are hereby stayed for ninety days, or until February 27, 2023.

**IT IS FURTHER ORDERED** that counsel shall contact the new referral judge's chambers to schedule the settlement conference once a new referral judge is assigned.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**